## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** | § |
| | § |
| **Plaintiff,** | §   Case No: |
| | § |
| vs. | §   **PATENT CASE** |
| | § |
| **MICROLIFE USA, INC.,** | § |
| | § |
| **Defendant.** | § |
| _____ | § |

## COMPLAINT

Plaintiff Display Technologies, LLC ("Plaintiff" or "Display") files this Complaint against Microlife USA, Inc. ("Defendant" or "Microlife") for infringement of United States Patent No. 9,300,723 (the "'723 Patent").

## PARTIES AND JURISDICTION

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company with an address of 1 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

4. On information and belief, Defendant is a Delaware corporation

with a principal place of business at 1617 Gulf to Bay Boulevard, 2nd Floor, Clearwater, FL 33755. On information and belief, Defendant may be served through its registered agent, Kevin Horan, at the same address.

5. This Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. Upon information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. On information and belief, venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant is a resident of this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

## COUNT I
## (INFRINGEMENT OF UNITED STATES PATENT NO. 9,300,723)

8. Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq.*

10. Plaintiff is the owner by assignment of the '723 Patent with sole

rights to enforce the '723 Patent and sue infringers.

11. A copy of the '723 Patent, titled "Enabling social interactive wireless communications," is attached hereto as Exhibit A.

12. The '723 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. Defendant has infringed and continues to infringe one or more claims, including at least Claim 1 of the '723 Patent by making, using, and/or selling media systems covered by one or more claims of the '723 Patent. For example, Defendant makes, uses, and/or sells the Microlife Connected Health+ app, Microlife BP monitor, associated software, hardware and/or apps, and any similar products ("Product"). Defendant has infringed and continues to infringe the '723 Patent in violation of 35 U.S.C. § 271.

14. Regarding Claim 1, the Product is a media system. The Product includes a media system (e.g., health app) configured to allow a user to view a media file (e.g., health data) from a medical device by a media terminal (e.g., smartphone) from a media node (e.g., medical device) over a communication network (e.g., Bluetooth network) through a communication link. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://www.microlife.com/technologies/connect

> Microlife Connected Health is compatible with Bluetooth® blood pressure monitors from Microlife and partners of Microlife, and supports unique Microlife Technologies - including AFIB*,** and MAM*. The app allows you to transfer your blood pressure data from the blood pressure monitor to your mobile phone easily. Using Microlife Connected Health, you can transfer your blood pressure data from the blood pressure monitor to your mobile phone easily. You can then review, manage, and forward your blood pressure data conveniently on your smart phone anytime, anywhere.

Source: https://www.microlife.com/magazine/blood-pressure/microlife-connected-health

> **Bluetooth connectivity**
>
> The measurement data in «**DIAG.**» and «**USUAL**» can be transferred to a Bluetooth enabled cell phone (android, iphone). Make sure that the phone has Bluetooth turned on before transferring measurements. Before connecting with the phone, please check if Bluetooth pairing is necessary.

> Press and hold the M button for around 5 seconds, the unique 6-digit device ID of the unit is displayed. Open the «Microlife WatchBP Home» app on your smartphone. Go to «Dashboard». Click «Sync data» icon. Connect the device and confirm pairing. The measurement data on the device will upload to smartphone automatically when the connection is established.

Source: https://www.microlife.com/media/1344/download/IB_WatchBP_home%20A_Bluetooth_3MX1-3C_US_EN_3520.pdf?v=3



Source: Actual usage of the product.
Source: https://play.google.com/store/apps/details?id=microlife.main.microlifeconnectedhealthplus

15. The Product includes at least one media terminal disposed in an accessible relation to at least one interactive computer network. For example, the Bluetooth network is used for sending health data from a media node (medical device) by detecting a smartphone (at least one media terminal) when the Product's app is installed on the smartphone and connected with the Product's media node through a Bluetooth network (i.e., the smartphone is in an accessible relationship with the interactive computer network). Certain aspects of this element are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

> Microlife Connected Health is compatible with Bluetooth® blood pressure monitors from Microlife and partners of Microlife, and supports unique Microlife Technologies - including AFIB*,** and MAM*. The app allows you to transfer your blood pressure data from the blood pressure monitor to your mobile phone easily. Using Microlife Connected Health, you can transfer your blood pressure data from the blood pressure monitor to your mobile phone easily. You can then review, manage, and forward your blood pressure data conveniently on your smart phone anytime, anywhere.

Source: https://www.microlife.com/magazine/blood-pressure/microlife-connected-health

> **Bluetooth connectivity**
>
> The measurement data in «**DIAG.**» and «**USUAL**» can be transferred to a Bluetooth enabled cell phone (android, iphone). Make sure that the phone has Bluetooth turned on before transferring measurements. Before connecting with the phone, please check if Bluetooth pairing is necessary.

> Press and hold the M button for around 5 seconds, the unique 6-digit device ID of the unit is displayed. Open the «Microlife WatchBP Home» app on your smartphone. Go to «Dashboard». Click «Sync data» icon. Connect the device and confirm pairing. The measurement data on the device will upload to smartphone automatically when the connection is established.

Source: https://www.microlife.com/media/1344/download/IB_WatchBP_home%20A_Bluetooth_3MX1-3C_US_EN_3520.pdf?v=3



Source: https://www.youtube.com/watch?v=LJoEon65rKw

16. A wireless range is structured to permit authorized access to the at least one interactive computer network. For example, the Bluetooth signals of the Product's medical device (media node) have a range within which the smartphone (media terminal) may connect.

17. At least one media node is disposable within the wireless range, wherein the at least one media node is detectable by the at least one media terminal. For example, the Product's medical device (media node) is detectable by the media terminal (smartphone). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: Actual usage of the product.
Source: https://www.microlife.com/media/1344/download/IB_WatchBP_home%20A_Bluetooth_3MX1-3C_US_EN_3520.pdf?v=3

18. At least one digital media file is initially disposed on at least one of the at least one media terminal or the at least one media node and the at least one media terminal is structured to detect the at least one media node disposed within the wireless range. For example, the health data is initially disposed on the media node (medical device/monitor) and the media terminal can detect the medical device when it is within the appropriate range. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: Actual usage of the product.
Source: https://www.microlife.com/media/1344/download/IB_WatchBP_home%20A_Bluetooth_3MX1-3C_US_EN_3520.pdf?v=3



19. A communication link is structured to dispose the at least one media terminal and the at least one media node in a communicative relation with one another via the at least one interactive computer network. For example, the smartphone and medical device are in a communicative relation over the Bluetooth network.

20. The communication link is initiated by the at least one media terminal. For example, when the user turns on Bluetooth on the smartphone (media terminal), the smartphone initiates the communication link.

21. The at least one media node and the at least one media terminal are structured to transmit the at least one digital media file therebetween via the

communication link. For example, the smartphone/app and the medical device are structured to transmit health data from the device to the smartphone over the wireless network.

> Microlife Connected Health is compatible with Bluetooth® blood pressure monitors from Microlife and partners of Microlife, and supports unique Microlife Technologies - including AFIB*,** and MAM*. The app allows you to transfer your blood pressure data from the blood pressure monitor to your mobile phone easily. Using Microlife Connected Health, you can transfer your blood pressure data from the blood pressure monitor to your mobile phone easily. You can then review, manage, and forward your blood pressure data conveniently on your smart phone anytime, anywhere.

Source: https://www.microlife.com/magazine/blood-pressure/microlife-connected-health

> **Bluetooth connectivity**
> The measurement data in «DIAG.» and «USUAL» can be transferred to a Bluetooth enabled cell phone (android, iphone). Make sure that the phone has Bluetooth turned on before transferring measurements. Before connecting with the phone, please check if Bluetooth pairing is necessary.

> Press and hold the M button for around 5 seconds, the unique 6-digit device ID of the unit is displayed. Open the «Microlife WatchBP Home» app on your smartphone. Go to «Dashboard». Click «Sync data» icon. Connect the device and confirm pairing. The measurement data on the device will upload to smartphone automatically when the connection is established.

Source: https://www.microlife.com/media/1344/download/IB_WatchBP_home%20A_Bluetooth_3MX1-3C_US_EN_3520.pdf?v=3



Source: https://www.youtube.com/watch?v=LJoEon65rKw

22. The communication link is structured to bypass at least one media terminal security measure for a limited permissible use of the communication link by the media node to only transferring the at least one digital media file to, and displaying the at least one digital media file on, the at least one media terminal. For example, the communication link is structured so that whenever the user installs the Product's app on the smartphone (media terminal), the smartphone automatically connects (bypassing any security measures) with the Product's medical device through Bluetooth code (i.e., media terminal security) whenever the smartphone comes to the range of the Bluetooth signals (for the limited purpose of transferring data form the device to the smartphone).

 

Source: Actual usage of the product.
Source: https://www.microlife.com/technologies/connect

COMPLAINT AGAINST MICROLIFE USA, INC.                                                                                          Page | 14

> Microlife Connected Health is compatible with Bluetooth® blood pressure monitors from Microlife and partners of Microlife, and supports unique Microlife Technologies - including AFIB*,** and MAM*. The app allows you to transfer your blood pressure data from the blood pressure monitor to your mobile phone easily. Using Microlife Connected Health, you can transfer your blood pressure data from the blood pressure monitor to your mobile phone easily. You can then review, manage, and forward your blood pressure data conveniently on your smart phone anytime, anywhere.

Source: https://www.microlife.com/magazine/blood-pressure/microlife-connected-health

> **Bluetooth connectivity**
> The measurement data in «**DIAG.**» and «**USUAL**» can be transferred to a Bluetooth enabled cell phone (android, iphone). Make sure that the phone has Bluetooth turned on before transferring measurements. Before connecting with the phone, please check if Bluetooth pairing is necessary.

> Press and hold the M button for around 5 seconds, the unique 6-digit device ID of the unit is displayed. Open the «Microlife WatchBP Home» app on your smartphone. Go to «Dashboard». Click «Sync data» icon. Connect the device and confirm pairing. The measurement data on the device will upload to smartphone automatically when the connection is established.

Source: https://www.microlife.com/media/1344/download/IB_WatchBP_home%20A_Bluetooth_3MX1-3C_US_EN_3520.pdf?v=3



Source: https://www.youtube.com/watch?v=LJoEon65rKw

23. Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

24. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

25. Plaintiff is in compliance with 35 U.S.C. § 287.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 9,300,723 (or, in the alternative, awarding Plaintiff running royalties from the time of judgment going forward);

(c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e) Award Plaintiff such further relief to which the Court finds Plaintiff

entitled under law or equity.

Dated: October 22, 2021                    Respectfully submitted,

/s/Barbra A. Stern
Barbra A. Stern, Esquire
Florida Bar No.: 526576
Law Offices of Barbra Stern PA
808 E. Las Olas Blvd. Suite 102
Fort Lauderdale, FL 33301
Phone: (954) 743-4710
Direct Dial (954) 239-7249
barbra@sternlawoffice.com

**ATTORNEY(S) FOR PLAINTIFF**