# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** | § § |
| **Plaintiff,** | § § Case No: 0:21-cv-62199 |
| vs. | § § **PATENT CASE** |
| **MICROLIFE USA, INC.** | § § § |
| **Defendant.** | § § § |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, DISPLAY TECHNOLOGIES, LLC., by and through the undersigned counsel hereby gives Notice of Voluntary Dismissal of Complaint inadvertently filed against MICROLIFE USA, INC. in the Southern District of Florida only as action is properly and currently pending in the Middle District of Florida.

Dated: October 25, 2021             Respectfully submitted,

/s/ Barbra A. Stern
Barbra A. Stern, Esquire
Florida Bar No. 526576
Law Offices of Barbra Stern PA
808 E. Las Olas Blvd. Suite 102
Fort Lauderdale, FL 33301
Phone: (954) 743-4710
Direct Dial (954) 239-7249
barbra@sternlawoffice.com
**ATTORNEY(S) FOR PLAINTIFF**