UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62199-CIV-DIMITROULEAS

DISPLAY TECHNOLOGIES, LLC,

    Plaintiff,

vs.

MICROLIFE USA, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter comes before the Court upon the Plaintiff's Notice of Voluntary Dismissal, filed October 25, 2021. [DE 5] (the "Notice"). The Court having considered the Notice and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 15] is **APPROVED**;

2. Pursuant to Rule 41(a)(1)(A), the above-styled action is hereby **DISMISSED**;

4. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of October, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

1